UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:17-po-00479-DB |
| Plaintiff, | ) ) ) | ORDER TO DISMISS AND RECALL BENCH WARRANT |
| v. | ) ) | |
| JAMES M. KRAUS, | ) ) | DATE: November 14, 2017 TIME: 9:00 a.m. |
| Defendant. | ) ) ) ) | JUDGE: Hon. Deborah Barnes |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:17-po-00479-DB without prejudice is GRANTED.

It is further ordered that the bench warrant issued on November 14, 2017, be recalled.

IT IS SO ORDERED.

Dated: May 31, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE